**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| In re:<br><br>MILLION DREAMS GAMES INC.<br><br>———————————————<br><br>FTX RECOVERY TRUST,<br><br>     Plaintiff,<br><br>v.<br><br>MATTHEW NASS, MATTHEW PLACE, JOSHUA LEYTON, JOHN CONBERE, and LUIS SCOTT-VARGAS,<br><br>     Defendants. | Chapter 11<br><br>Case No. 22-11068 (KBO) (Bankr. D. Del.)<br><br>(Jointly Administered)<br><br>Adv. Pro. No. 24-50210 (KBO) (Bankr. D. Del.)<br><br>Misc. Case No. 2:26-mc-00015-JHC<br><br>**ORDER TO TRANSFER UNDER FEDERAL RULE OF CIVIL PROCEDURE 45(F)**<br><br>Underlying Case:<br>Adv. Pro. No. 24-50210 (KBO)<br>United States Bankruptcy Court<br>for the District of Delaware |

THE COURT, having considered Plaintiff FTX Recovery Trust's Unopposed Motion to Transfer, Dkt. # 3, and being fully advised thereof, now, therefore, it is hereby

ORDERED that:

**1.** The Motion is GRANTED;

**2.** The Clerk is directed to transfer this matter to the United States Bankruptcy Court for the District of Delaware, in the case captioned *FTX Recovery Tr. v. Nass*, Adv. Proc. No. 24-50210 (KBO) (Bankr. D. Del.); and

**3.** The Clerk is further directed to close this matter.

//

//

Page 1 –

ORDER
MISC. CASE NO.: 2:26-MC-00015-JHC

DATED this 4th day of March, 2026.

_John H. Chun_____
John H. Chun
United States District Judge

Page 2 –

ORDER
MISC. CASE NO.: 2:26-MC-00015-JHC